# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VALERIE GUTIERREZ,

        Plaintiff,

      vs.

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-00126-SHK

[PROPOSED] ORDER AWARDING
EQUAL ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

     Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

     IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  07/30/2025

THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-